IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ERIC D. SWEET,**

    *Petitioner*,

v.                                      Case No.: 5:23cv90-MW/MJF

**RICKY DIXON,**

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 19, and has also reviewed *de novo* Petitioner's objections, ECF No. 20.

Petitioner raises one argument, but it does not help his claim. Petitioner claims that due to Hurricane Michael, the State of Florida extended the ninety-day deadline to file petitions for a writ of certiorari to the Florida Supreme Court from September 18, 2018, to "somewhere near November 2019." ECF No. 20 at 2. Because of this extension, Petitioner argues, his present petition was timely filed. Even if this extension did occur, Petitioner's subject petition would still be untimely because federal habeas limitations period was already tolled during this period. *See* ECF No. 19 at 2, 6. As the Magistrate Judge thoroughly explained in his Report and Recommendation, Petitioner's federal habeas limitations period expired on

December 28, 2020, making the subject petition untimely by over two years. Nothing in Petitioner's objections rebuts this conclusion. Accordingly,

**IT IS ORDERED**:

1. The report and recommendation, ECF No. 19, is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.

2. Respondent's motion to dismiss, ECF No. 16, is **GRANTED**.

3. Petitioner's 28 U.S.C. § 2254 petition, ECF No. 1, is **DENIED**.

4. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Eric Sweet*, Bay County Circuit Court Case No. 2014-CF-4419, is **DISMISSED with prejudice** as time-barred."

5. This Court finds that Petitioner is not entitled to a certificate of appealability.

6. The Clerk shall close the file.

**SO ORDERED on October 27, 2023.**

s/Mark E. Walker<br>
**Chief United States District Judge**